UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC RACING ASSOCIATION, et al., <br><br> Defendants. | Case No. 25-cv-06061-JST <br><br> **ORDER GRANTING STIPULATED REQUEST TO SUPPLEMENT THE RECORD; ORDER VACATING HEARING AND REQUIRING SUPPLEMENTAL BRIEFING** <br><br> Re: ECF Nos. 11, 27 |

Defendants filed a motion to compel arbitration and to stay proceedings, ECF No. 11, that is fully briefed and scheduled for hearing on January 8, 2026. Plaintiffs opposed the motion on grounds that Defendants' request for review was untimely and insufficient under 29 U.S.C. § 1399(b)(2)(A). ECF No. 21.

The parties now jointly request to supplement the record with an arbitrator's November 20, 2025 decision concluding that Defendants' request for review was both timely and sufficient. ECF No. 27. The parties' request is granted.

The Court also orders the parties to meet and confer and file a joint supplemental brief setting forth their agreed or separate views on the impact of the arbitrator's decision on the motion before the Court. The joint statement is due on or before January 16, 2026. The January 8, 2026 hearing on the motion to compel arbitration is vacated. If, after reviewing the parties' joint

/ / /

/ / /

/ / /

/ / /

supplemental brief, the Court determines that oral argument would be helpful, it will set the matter for a hearing; otherwise, the matter will be deemed submitted on the papers.

**IT IS SO ORDERED.**

Dated: December 24, 2025

JON S. TIGAR
United States District Judge