UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,

Plaintiffs,

v.

PACIFIC RACING ASSOCIATION, et al.,

Defendants.

Case No. 25-cv-06061-JST

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

The Court previously stayed this action "pending arbitration as to the amount of Defendants' withdrawal liability, if any," and ordered the parties to "meet and confer regarding whether the Court can and should order an interim payment of the full withdrawal liability, as calculated by Plaintiffs, pending completion of the arbitration." ECF No. 31 at 5. The parties now "together request to stay this case pending the arbitration." ECF No. 34 at 2. The Court grants the parties' joint request, and the case is now stayed in its entirety pending completion of the arbitration.

The Clerk shall administratively close the file. This order shall not be considered a dismissal or disposition of this action against any party. If further proceedings become necessary, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: May 14, 2026

_____
JON S. TIGAR
United States District Judge